# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Civil Action No. 1:06-cv-40 |
| v. | )<br>) Magistrate Judge Kaull |
| WARREN R. HAUGHT and<br>LENNA G. HAUGHT, | )<br>)<br>) |
| Defendants. | ) |

FILED
OCT 23 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## ORDER

The Plaintiff, United States of America, having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically the attachments to United States' Objections to Defendants' Exhibits, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Motion, it is accordingly

**ORDERED** that the attachments to United States' Objections to Defendants' Exhibits, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: October 23, 2007

UNITED STATES MAGISTRATE JUDGE