IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 2 3 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 1:06-cv-40 |
| v. ) | Magistrate Judge Kaull |
| WARREN R. HAUGHT and ) LENNA G. HAUGHT, ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

Defendants Warren R. Haught and Lenna G. Haught (the "Taxpayers") have filed a motion requesting the Court to seal certain documents filed of record in this matter based upon the sensitivity of some of the information attached thereto or incorporated therein, specifically:

Docket Number 28, Exhibits 1, 4 through 9, inclusive, and 11;

Docket Number 30, Exhibits 1, 3 and 6; and

Docket Number 39, Exhibit 3

The Court has reviewed and considered the motion to seal and finds that there is good cause for sealing the documents specifically identified hereinabove, inasmuch as they contain personal identifying information such as social security numbers and home addresses.

Accordingly, for good cause shown, it is **ORDERED** that the District Clerk **SEAL** the documents specifically identified above, and shall block public access to the same via the Court's PACER website. All future pleadings and other documents filed in this case shall be filed in accordance with the Court's *Policy Addressing Judicial Conference Privacy Policy Regarding Public Access to Electronic Case Files in Compliance with the August 2, 2004 Amendments to the E-Government Act of 2002.*

Entered this 23 day of October, 2007.

*[signature]*
The Honorable John S. Kaull,
United States Magistrate Judge

Prepared by:

/s/ Elba Gillenwater, Jr., Esq.
Elba Gillenwater, Jr. (WV Bar # 1384)
David R. Croft (WV Bar # 8061)
W. Eric Gadd (WV Bar #9377)
Spilman Thomas & Battle, PLLC
1217 Chapline ST; PO Box 831
Wheeling, WV 26003
(304) 230-6950
Facsimile: (304) 230-6951
egillenwater@spilmanlaw.com
dcroft@spilmanlaw.com
egadd@spilmanlaw.com