IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.                                             CASE NUMBER 1:06CV40

WARREN R. HAUGHT and
LENNA G. HAUGHT,

DEFENDANTS.

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SUBMIT ADDITIONAL EXHIBITS FOR USE AT TRIAL

On the 16th day of October, 2007, Defendants filed a Motion for Leave to Submit Additional Exhibits for Use at Trial [Docket Entry 49]. Upon consideration of the Defendants' motion and the reasons therefor, the Court has determined that the motion should be, and is, hereby, **GRANTED**.

It is so **ORDERED**.

The Clerk of the United States Court for the Northern District of West Virginia is directed to provide a copy of this order to all counsel of record.

DATED: October 31, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE