IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06-cv-40 ) ) Magistrate Judge Kaull |
| WARREN R. HAUGHT and LENNA G. HAUGHT, | ) ) ) |
| Defendants. | ) ) |

ORDER GRANTING
UNITED STATES' MOTION FOR LEAVE TO FILE
AMENDED WITNESS AND EXHIBIT LISTS

Upon consideration of the United States' motion for leave to file amended witness and exhibit lists and the reasons therefor, the Court has determined that the motion should be, and therefore is, GRANTED.

Accordingly, it is therefore ORDERED that plaintiff file its amended witness and exhibit lists within three days of the entry of this Order.

Dated this 31 day of October, 2007.

JOHN S. KAULL
United States Magistrate Judge