IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARREN R. HAUGHT and<br>LENNA G. HAUGHT,<br><br>Defendants. | )<br>)<br>)<br>) Case No. 1:06-cv-40<br>)<br>) Magistrate Judge Kaull<br>)<br>)<br>)<br>) |

**ORDER GRANTING
UNITED STATES' MOTION FOR LEAVE TO FILE
SUR-REPLY TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Upon consideration of the United States' motion for leave to file a sur-reply to defendants' motions for summary judgment and the reasons therefor, the Court has determined that the motion should be, and therefore is, GRANTED.

Accordingly, it is therefore ORDERED that plaintiff sur-reply, filed as an exhibit to its motion for leave to file sur-reply, be deemed filed as of the date of this Order.

Dated this __31__ day of __October__, 2007.

_____
JOHN S. KAULL
United States Magistrate Judge