# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
|  | ) Civil Action No. 1:06-cv-40 |
| v. | ) ) Magistrate Judge Kaull |
| WARREN R. HAUGHT and LENNA G. HAUGHT, | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Plaintiff, United States of America, having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically the Exhibits 7, 8 and 9 to <u>Sur-Reply in Opposition to Defendants' Motions for Summary Judgment</u>, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Motion, it is accordingly

**ORDERED** that Exhibits 7, 8 and 9 to <u>Sur-Reply in Opposition to Defendants' Motions for Summary Judgment</u>, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: _October 31, 2007_

_____
UNITED STATES MAGISTRATE JUDGE