UNITED STATES OF AMERICA, )
          Plaintiff, )
v. ) CIVIL ACTION NO. 1:06-CV-40
WARREN R. HAUGHT and )
LENNA G. HAUGHT, )
          Defendants. )

## ORDER

Upon consideration of the Motion to Excuse Local Counsel and for good cause shown, it is hereby accordingly

**ORDERED** that Assistant United States Attorney Daniel W. Dickinson, Jr. is excused from attending and participating in the trial of this case, now scheduled to be conducted on December 4, 2007, and, further, is excused from attending all post-trial proceedings that may hereafter occur in this matter, as Gerald A. Role, Trial Attorney, Civil Trial Section, Tax Division, United States Department of Justice, Washington, D.C. will be present to fully represent the interests of the Plaintiff United States of America.

DATED: November 30, 2007

                                                  UNITED STATES MAGISTRATE JUDGE