**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA,

       Plaintiff,

VS.                     Case No 1:06CV40

WARREN R. HAUGHT and
LENNA G. HAUGHT,

       Defendants.

ORDER CONTINUING JURY TRIAL AND
SCHEDULING TELEPHONIC SCHEDULING CONFERENCE

The Court was contacted by counsel for the parties this date, who advised the undersigned they had entered into settlement negotiations, which resulted in the "essence of agreement," necessitating time to negotiate the specifics of the agreement, and , accordingly, requested that the jury trial of this matter, scheduled to commence on Tuesday, December 4, 2007, be continued.

Upon consideration of all which, the Court **ORDERS** that the civil trial, scheduled to commence on Tuesday, December 4, 2007, is continued generally and schedules a telephonic status conference for **January 10, 2008, at 1:00 p.m.**, among all counsel and the court, to reschedule the trial of this matter if the case has not been resolved as of that date. Counsel for Plaintiff is directed to initiate the telephonic conference with Defendants' counsel, at telephone number 304-230-6950, and the undersigned, at telephone number (304) 622-1516.

The Clerk of the United States Court for the Northern District of West Virginia is directed to provide a copy of this order to all counsel of record.

DATED: November 30, 2007.

                                                  /s *John S. Kaull*
                                                  JOHN S. KAULL
                                                  UNITED STATES MAGISTRATE JUDGE