**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA,

        Plaintiff,

VS.                                 Case No 1:06CV40

WARREN R. HAUGHT and
LENNA G. HAUGHT,

        Defendants.

ORDER FURTHER CONTINUING JURY TRIAL AND
SCHEDULING TELEPHONIC SCHEDULING CONFERENCE

The Court was contacted by counsel for the parties and advised the undersigned they had drafted settlement documents that were under review by the IRS and that additional time was required to review the settlement documents and complete negotiation of the specifics of the settlement agreement, and , accordingly, jointly orally moved that the Court continue the status conference scheduled to commence on Thursday, January 10, 2008 and grant the parties 30 days additional time to complete the work required to finalized the settlement which had been reached in principle.

Upon consideration of all which, the Court **GRANTS THE PARTIES JOINT ORAL MOTION** and **ORDERS** that the status conference, scheduled to commence on Thursday, January 10, 2008 at 1:00 pm, is continued and the same is re-scheduled  for**, February 15, 2008, at 1:00 p.m.**  The re-scheduled status conference will include all counsel and the court.  The purpose of the re-scheduled status conference will be to reschedule the trial of this matter if the case has not been resolved as of that date. Counsel for Plaintiff is directed to initiate the telephonic conference with Defendants' counsel, at telephone number 304-230-6950, and the undersigned, at telephone number (304) 622-1516.

The Clerk of the United States Court for the Northern District of West Virginia is directed to provide a copy of this order to all counsel of record.

DATED: November 30, 2007.

/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE